*Mr. R. F. Lyon* for appellee.

---

## FOLLANSBEE *v.* BALLARD PAVING CO.

APPEAL FROM THE SUPREME COURT OF THE DISTRICT OF COLUMBIA.

No. 102. Argued December 10 and 11, 1879. — Decided December 15, 1879.

The decree from which this appeal was taken was not a final decree.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

The motion to dismiss this appeal is granted. The decree appealed from is not a final decree. The amount due from the appellant has not been ascertained.          *Dismissed.*

*Mr. William A. Cook* and *Mr. J. H. Bradley* for appellant.

*Mr. A. S. Worthington* and *Mr. E. L. Stanton* for appellee.

---

## PONDER *v.* DELAUNEY.

APPEAL FROM THE CIRCUIT COURT OF THE UNITED STATES FOR THE SOUTHERN DISTRICT OF GEORGIA.

No. 204. Argued March 16, 1880. — Decided March 29, 1880.

This case presents only a question of fact, which was properly decided in the court below.

MR. CHIEF JUSTICE WAITE delivered the opinion of the court.

This case presents only a question of fact which we are satisfied was decided right in the court below. There is no sufficient evidence to set aside the settlement between the parties as expressed in the receipt in full executed when the sum agreed on was paid. As that is the only matter in dispute the decree is     *Affirmed.*

*Mr. R. J. Moses* for appellant.

*Mr. Charles N. West* and *Mr. William Reynolds* for appellees.